# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNILOC USA, INC., et al., | Case No. 18-cv-00362-JSW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TO PLAINTIFFS TO SHOW CAUSE REGARDING SUR-REPLY** |
| APPLE INC., | Re: Dkt. No. 96 |
| Defendant. | |

On February 7, 2018, Plaintiffs filed a sur-reply without leave from the undersigned to do so, and the Northern District Civil Local Rules do not provide for sur-replies as a matter of right. *See* N.D. Civ. L.R. 7-3(d). This case was transferred in from the United States District Court from the Eastern District of Texas and involved consolidated proceedings and, thus, the docket in this case may not be complete.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should consider their sur-reply. If they were previously granted leave to file a sur-reply to Defendant's motions by the District Court in Texas, they shall provide a copy of that order to the Court. If they were not, they shall show cause why the Court should not strike the sur-reply.

Plaintiffs shall respond to this Order to Show Cause by February 12, 2018.

**IT IS SO ORDERED.**

Dated: February 7, 2018

JEFFREY S. WHITE
United States District Judge