UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| UNILOC USA, INC., et al., | Case No. 18-cv-00362-PJH(LB) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE** |
| APPLE INC., | Re: ECF No. 124, 128 |
| Defendant. | |

The district judge referred the plaintiffs' motion to compel to the undersigned.[1] The court denies the motion without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

---

[1] Order of Reference, ECF No. 128. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 18-cv-00362-PJH

1  After reviewing the joint letter brief, the court will evaluate whether future proceedings are
2  necessary, including any further briefing or argument.

3

4  **IT IS SO ORDERED.**

5  Dated: March 30, 2018

6  _____
7  LAUREL BEELER
   United States Magistrate Judge