UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED
<u>CIVIL MINUTES</u>

**Date:** April 26, 2018 (Time: 30 minutes)        **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-00361-PJH
            18-cv-00362-PJH
            18-cv-00364-PJH
**Case Name:** Uniloc USA, Inc., et al. v. Apple Inc.

**Attorney(s) for Plaintiff:**        Kevin Gannon
**Attorney(s) for Defendant:**        Clay James

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Not reported

PROCEEDINGS

Initial Case Management Conference - Held.  Case referred to private mediation to be completed by 8/31/2018.  The Court sets the Tutorial on 11/16/2018 at 9:00 a.m. and the Claim Construction Hearing on 12/5/2018 at 9:00 a.m.  Parties to meet and confer and submit to the Court within two weeks, a stipulated pre Markman schedule which complies with the Local Rules.  The Texas scheduling order, docket #42, in case C-18-00362-PJH is VACATED.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** chambers; ADR