UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 4:18-cv-00361 -PJH<br>Case No. 4:18-cv-00362 -PJH<br>Case No. 4:18-cv-00364 -PJH<br><br>**JOINT NOTICE REGARDING *INTER PARTES* REVIEW STATUS** |

The parties to the above-entitled actions jointly submit this JOINT NOTICE REGARDING STATUS OF THE *INTER PARTES* REVIEW PETITIONS pursuant to this Court's Order Granting Defendant's Motions to Stay (Case 4:18-cv-00361, Dkt. No. 87).

Defendant Apple Inc. ("Apple") has filed petitions for *Inter Partes* Review ("IPR") on four of the five patents at issue in the above-captioned cases. On April 12, 2018, Apple filed Motions to Stay in all three cases pending before this Court. On May 25, 2018, this Court granted Apple's Motions to Stay (Case 4:18-cv-00361, Dkt. No. 87) with respect to all patents.[1] The Patent Trial and Appeal Board (PTAB) has since instituted trials on each of the four challenged patents. Three other petitions by Apple are pending, and two petitions filed by other companies are pending, as shown in the table below:

---

[1] At the time the Court granted Apple's stay motion, four IPR petitions were pending: IPR2018-00289, IPR2018-00387, IPR2018-00389, and IPR2018-00424. Thereafter, Apple filed three additional petitions on three of the already-petitioned-for-patents.

| Case Number | IPR Case Number | U.S. Patent | IPR Status | Anticipated Final Determination |
|---|---|---|---|---|
| 4:18-cv-00361 | IPR2018-00289 | 8,872,646 | Instituted on June 11, 2018 | June 11, 2019 |
| 4:18-cv-00364 | IPR2018-00387 | 7,653,508 | Instituted on July 23, 2018 | July 23, 2019 |
| 4:18-cv-00364 | IPR2018-01026 | 7,653,508 | Pending; institution decision expected November 2018 | November 2019 |
| 4:18-cv-00364 | IPR2018-00389 | 8,712,723 | Instituted on June 27, 2018 | June 27, 2019 |
| 4:18-cv-00364 | IPR2018-01027 | 8,712,723 | Pending; institution decision expected November 2018 | November 2019 |
| 4:18-cv-00364 | IPR2018-00424 | 7,881,902 | Instituted on August 2, 2018 | August 2, 2019 |
| 4:18-cv-00364 | IPR2018-01028 | 7,881,902 | Pending; institution decision expected November 2018 | November 2019 |
| 2:17-cv-00652 (E.D. Tex) | IPR2018-01383 [2] | 8,872,646 | Pending; institution decision expected December 2018 | December 2019 |
| 2:17-cv-01629 (W.D. Wash) 4:12-cv-00832 (N.D. Tex) 4:18-cv-02918 (N.D. Cal) | IPR2018-01458[3] | 8,712,723 | Pending; institution decision expected December 2018 | December 2019 |

Dated:                              August 20, 2018

*/s/ Aaron S. Jacobs*

James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110

Counsel for plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.

---

[2]   This petition was filed by Samsung Electronics Inc.
[3]   This petition was filed by LG Electronics, Inc.; HTC Corp.; and HTC America, Inc.

| | |
|---|---|
| Dated: | August 20, 2018 |
| | */s/ Clayton C. James* |
| | Clayton C. James (Cal. Bar No. 287800) |
| | clay.james@hoganlovells.com |
| | Srecko "Lucky" Vidmar (Cal. Bar No. 241120) |
| | lucky.vidmar@hoganlovells.com |
| | Alali Dagogo-Jack (Cal. Bar No. 302437) |
| | alali.dagogo-jack@hoganlovells.com |
| | **HOGAN LOVELLS US LLP** |
| | 4085 Campbell Avenue, Suite 100 |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 463-4000 |
| | Facsimile: (650) 463-4199 |
| | |
| | Counsel for Apple Inc. |